IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GARY LEON WEBSTER**  **PLAINTIFF**
ADC #114018

v.   CASE NO. 3:22-CV-00049-BSM

**BJ SMITH**  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 10th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE